# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Eric T Chandler, Debtor                           Case No. 21-51021-KMS
                                                                   CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to suspend their bankruptcy payments.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: February 17, 2023        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O Box 13767
                                            Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Eric T Chandler, Debtor               Case No. 21-51021-KMS
                                               CHAPTER 13

**MOTION TO SUSPEND AND RECALCULATE PLAN PAYMENTS**

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition on 09/27/2021 for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor fell behind on payments due to a reduction in income.
3. Debtor is requesting this Honorable Court to suspend the past due plan payments, including any ongoing mortgage payments being paid through the plan.
4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in March 2023.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Suspend Plan Payments was forwarded on February 17, 2023, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Objection.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend and Recalculate Plan Payments was forwarded on February 17, 2023, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

             <u>/s/ Thomas C. Rollins, Jr.</u>
             Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  ERIC T CHANDLER | CASE NO: 21-51021<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/17/2023, I did cause a copy of the following documents, described below,

21 Notice and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/17/2023

                                            /s/ Thomas C. Rollins, Jr
                                            Thomas C. Rollins, Jr  103469

                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS  39236
                                            601 500 5533
                                            trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ERIC T CHANDLER | CASE NO: 21-51021<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/17/2023, a copy of the following documents, described below,

21 Notice and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/17/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS  39236

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        ALLY CAPITAL  CO AIS PORTFOLIO SERVICES   SYNCHRONY BANK CO PRA RECEIVABLES
NCRS ADDRESS DOWNLOAD                   LP                                        MANAGEMEN
CASE 21-51021                           4515 N SANTA FE AVE DEPT APS              PO BOX 41021
SOUTHERN DISTRICT OF MISSISSIPPI        OKLAHOMA CITY   OK 73118-7901             NORFOLK   VA 23541-1021
FRI FEB 17 8-56-9 PST 2023



                                                    EXCLUDE
(P)TRUSTMARK NATIONAL BANK              US BANKRUPTCY COURT                       ADVANCE FINANCIAL 247
P O BOX 1928                            DAN M RUSSELL   JR US COURTHOUSE          100 OCEANSIDE DRIVE
BRANDON MS 39043-1928                   2012 15TH STREET   SUITE 244              NASHVILLE   TN 37204-2351
                                        GULFPORT   MS 39501-2036



EXCLUDE
(D)ALLY CAPITAL CO AIS PORTFOLIO        ALLY FINANCIAL                            ASPIRE
SERVICES   LP                           PO BOX 9001951                            PO BOX 105555
4515 N SANTA FE AVE DEPT APS            LOUISVILLE   KY 40290-1951                ATLANTA   GA 30348-5555
OKLAHOMA CITY   OK 73118-7901




BRIGHT LENDING                          CAPITAL ONE                               CAPITAL ONE BANK (USA)  NA
PO BOX 578                              PO BOX 31293                              BY AMERICAN INFOSOURCE AS AGENT
HAYS  MT 59527-0578                     SALT LAKE CITY  UT 84131-0293             4515 N SANTA FE AVE
                                                                                  OKLAHOMA CITY   OK 73118-7901




CASH NET USA                            CCBTODAYCARDEDS                           CHECK INTO CASH
200 WEST JACKSON BLVD                   PO BOX 84032                              201 KEITH ST SW
14TH FLOOR                              COLUMBUS   GA 31908-4032                  SUITE 80
CHICAGO  IL 60606-6929                                                            CLEVELAND   TN 37311-5867




CHECK INTO CASH                         CREDIT ONE BANK                           CREDIT ONE BANK
CUSTOMER SERVICE DEPT                   PO BOX 98873                              PO BOX 98872
PO BOX 550                              LAS VEGAS  NV 89193-8873                  LAS VEGAS  NV 89193-8872
CLEVELAND   TN 37364-0550




FARRAH CHANDLER                         (P)FIRST NATIONAL BANK                    FOSTER   MONROE
1329 VIRDEN AVE                         ATTN BANKRUPTCY                           PO BOX 1301
GREENWOOD   MS 38930-7224               1500 S HIGHLINE AVE                       BUFFALO   NY 14224-8301
                                        SIOUX FALLS SD 57110-1003




FRANKLIN COLLECTION SE                  GENESIS BANKCARD                          HUGHES FEDERAL CREDIT UNION
2978 W JACKSON ST                       PO BOX 4499                               PO BOX 11900
TUPELO   MS 38801-6731                  BEAVERTON   OR 97076-4499                 TUCSON   AZ 85734-1900




HUGHES FCU                              JACOB LAW GROUP                           LVNV FUNDING INC
PO BOX 461385                           2623 WEST OXFORD LOOP                     PO BOX 10584
TUCSON   AZ 85706                       OXFORD   MS 38655-5442                    GREENVILLE   SC 29603-0584
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC    29603-0587 | LENDUP<br>237 KEARNEY ST 372<br>SAN FRANCISCO   CA 94108-4502 | MSDHS<br>ATTN CONSTANCE MORROW<br>PO BOX 352<br>JACKSON  MS 39205-0352 |
| MARINER FINANCE  LLC<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM  MD 21236-5904 | MILESTONE<br>PO BOX 4499<br>BEAVERTON   OR 97076-4499 | NPRTO SOUTHEAST  LLC<br>256 WEST DATA DRIVE<br>DRAPER   UTAH 84020-2315 |
| NAVY FCU<br>820 FOLLIN LANE SE<br>VIENNA   VA 22180-4907 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD   VA 22119-3000 | PLAIN GREEN LOANS<br>PO BOX 270<br>HAYS   MT 59527 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER   UT 84020-2315 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GENESIS FS CARD SERVICES INC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 |
| REPUBLIC FINANCE<br>PO BOX 17227<br>HATTIESBURG   MS 39404-7227 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | RESURGENT CAPITAL SERV<br>15 SOUTH MAIN ST<br>STE 600<br>GREENVILLE   SC 29601-2768 |
| (P)SUNBIT INC<br>ATTN LEGAL AND COMPLIANCE<br>PO BOX 24010<br>LOS ANGELES CA 90024-0010 | TODAY CARD<br>PO BOX 84032<br>COLUMBUS   GA 31908-4032 | (P)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON   TEXAS 75001-9013 | TRUSTCARE EXPRESS MEDI<br>6176 US98<br>HATTIESBURG   MS 39402 | TRUSTCARE EXPRESS MEDICAL CLINIC<br>CO FRANKLIN COLLECTION SERVICE<br>PO BOX 3910<br>TUPELO   MS 38803-3910 |
| EXCLUDE<br>~~(D)(P)TRUSTMARK NATIONAL BANK~~<br>~~P O BOX 1928~~<br>~~BRANDON MS 39043-1928~~ | EXCLUDE<br>~~(D)(P)TRUSTMARK NATIONAL BANK~~<br>~~P O BOX 1928~~<br>~~BRANDON MS 39043-1928~~ | UHG I  LLC<br>6400 SHERIDAN DR<br>STE 138<br>BUFFALO   NY 14221-4842 |
| EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | UPSTART FINANCE<br>2 CIRCLE STAR WAY<br>SAN CARLOS  CA 94070-6200 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY   OK 73118-7901 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| EXCLUDE | DEBTOR | | |
|---|---|---|---|
| ~~DAVID RAWLINGS~~<br>~~DAVID RAWLINGS  CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG  MS 39403-0566~~ | ERIC T CHANDLER<br>83 WOODLANDS TRACE<br>HATTIESBURG  MS 39402-8149 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 | |

TASHUNDA D CHANDLER
83 WOODLANDS TRACE
HATTIESBURG  MS 39402-8149

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767